ANNIE LEVINE, as Administratrix of the Estate of ISAAC LEVINE, Deceased, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

*Levine* v. *N. Y. Railways Co.*, 188 App. Div. 887, affirmed.

(Argued December 2, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Intestate, while crossing from west to east on Broadway, midway between Broome and Spring streets in the city of New York, was crushed to death between the sides of two of defendant's cars as they passed each other in opposite directions, one bound north and the other south. The complaint charged negligence on the part of defendant in its operation of the cars in question and also in its placing its tracks so close together that there was not room for a person to stand in safety between cars moving in opposite directions. The defense was contributory negligence.

*B. H. Ames* and *James L. Quackenbush* for appellant. *John ·C. Robinson* and *Gilbert D. Steiner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.